JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| SEAN CHRISTIAN BRADLEY, | ) | No. CV 09-09326-CJC (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DARRAL G. ADAMS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: March 14, 2011

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE